IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 120,084.5390 TETHER SEIZED FROM BINANCE ACCOUNT ENDING 4607,<br><br>DEFENDANT. | CIVIL ACTION NO.:<br>1:23-cv-05420-ELR |

## WARRANT FOR ARREST IN REM

TO:  AUTHORIZED LAW ENFORCEMENT OFFICER

**PROPERTY DESCRIPTION:  Approximately 120,084.5390 Tether Seized from Binance Account Ending 4607**

WHEREAS, on November 27, 2023 the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Northern District of Georgia against the above-named Defendant property, alleging that said property is subject to seizure and civil forfeiture to the United States for the reasons mentioned in the complaint; and

WHEREAS, the Defendant property is currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE YOU ARE HEREBY COMMANDED to arrest the above-named Defendant property by serving a copy of this warrant on the custodian in whose possession, custody, or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further Order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

**[signatures on following page]**

Issued this 30th day of November, 2023.

KEVIN P. WEIMER, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

By: _____
DEPUTY CLERK

Executed this 30th day of November, 2023.

_____
Joan W. Kaiser
Authorized Law Enforcement Officer

Investigative Analyst, U.S. Secrete Service
Title And Agency



# Department of the Treasury
*Federal Law Enforcement Agencies*
PROCESS RECEIPT AND RETURN

| | | | |
|---|---|---|---|
| PLAINTIFF | United States of America | COURT CASE NUMBER | 1:23-cv-5420-ELR |
| DEFENDANT | Approx.120,084.5390 Tether Seized from Binance Acct 4607 | TYPE OF PROCESS | Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
Approximately 120,084.5390 Tether Seized from Binance Account Ending 4607

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Norman L. Barnett
Assistant United States Attorney
75 Ted Turner Drive SW, STE 600
Atlanta, GA 30303

NUMBER OF PROCESS TO BE SERVED IN THIS CASE

NUMBER OF PARTIES TO BE SERVED IN THIS CASE

CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please arrest the above defendant (Approximately 120,084.5390 Tether Seized from Binance Account Ending 4607) and return the executed process receipt to this undersigned.

23-USS-000315

Signature of Attorney or other Originator requesting service on behalf of
**NORMAN BARNETT** Digitally signed by NORMAN BARNETT
Date: 2023.11.30 11:45:46 -05'00'

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NO. 404-581-6000

DATE

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the total number Of process indicated | District of Origin No._____ | District to Serve No._____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

☐ A person of suitable age and discretion then residing In the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 11/30/2023
TIME OF SERVICE: 1:20PM
☐ AM
☐ PM

SIGNATURE, TITLE AND TREASURY AGENCY
*Joan W. Kaiser* — IA, USSS

**REMARKS:**
Defendant property arrested.

TD F 90-22.48 (6/96)